No. 91–1521. UNITED STATES v. GREEN. Ct. App. D. C. [Certiorari granted, *ante*, p. 908.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–1671. MERTENS ET AL. v. HEWITT ASSOCIATES. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 91–7328. HERRERA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1085.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–7758. IN RE LANDES. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 29, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–7938. IN RE VISSER. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 29, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of mandamus.

No. 91–8013. CLAMPITT v. INTERINSURANCE EXCHANGE ET AL. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 29, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–1709. IN RE MILLS. Ct. App. N. Y. Petition for writ of common-law certiorari and/or mandamus denied.

No. 91–8281. IN RE KWOH CHENG SUN. Petition for writ of habeas corpus denied.

No. 91–7876. IN RE KALTENBACH;
No. 91–7943. IN RE CRENSHAW; and